## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

BARCLAYS BANK DELAWARE  00033090067****

### Account Information

| | |
|---|---|
| Address | PO BOX 8803 WILMINGTON, DE 19899 |
| Phone | (888) 232-0780 |
| Date Opened | 05/25/2019 |
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Balance | $968 |
| Date Updated | 12/01/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/27/2019 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 09/03/2019 |
| High Balance (Hist.) | High balance of $968 from 11/2025 to 12/2025 |
| Credit Limit (Hist.) | Credit limit of $700 from 11/2025 to 12/2025 |
| Estimated month and year this item will be removed | 06/2026 |

### Payment History

# BUSINESS INFORMATION

Business Name:
**BARCLAYS CAPITAL INC.**

UBI Number:
**602 884 584**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**745 7TH AVE, NEW YORK, NY, 10019-6801, UNITED STATES**

Principal Office Mailing Address:
**745 7TH AVE, NEW YORK, NY, 10019-6801, UNITED STATES**

Expiration Date:
**04/30/2026**

Jurisdiction:
**UNITED STATES, CONNECTICUT**

Formation/ Registration Date:
**04/30/2013**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**FINANCING**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**CORPORATION SERVICE COMPANY**

Street Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

Mailing Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | VERDUN | EDGTTON |
| GOVERNOR | INDIVIDUAL | | CAROL P | MATHIS |
| GOVERNOR | INDIVIDUAL | | ANDREW | MOGAVERO |
| GOVERNOR | INDIVIDUAL | | CLAIRE | O'CONNOR |

# BUSINESS INFORMATION

Business Name:
**BARCLAYS SERVICES CORPORATION**

UBI Number:
**602 879 761**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**745 SEVENTH AVENUE, NEW YORK, NY, 10019, UNITED STATES**

Principal Office Mailing Address:
**745 SEVENTH AVENUE, NEW YORK, NY, 10019, UNITED STATES**

Expiration Date:
**01/31/2026**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/ Registration Date:
**01/24/2014**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**MAIN US SERVICE COMPANY**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**CORPORATION SERVICE COMPANY**

Street Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

Mailing Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BARRY | O'BRIEN |
| GOVERNOR | INDIVIDUAL | | JAI | WESTWOOD |
| GOVERNOR | INDIVIDUAL | | VERDUN | EDGTTON |
| GOVERNOR | INDIVIDUAL | | BEATRICE ANN | MONTAUDY |